Nov. Term,

Brown and Others *v.* Fletcher and Others.        1859.

WILEY
*v.*
APPEAL from the *Marion* Circuit Court.        BRATTAIN.

*Per Curiam.*—Demurrer to the complaint sustained, and *Monday,*
judgment for the defendants.   No exception was taken to *December 12.*
the ruling below, therefore no question is presented for our
decision.

The judgment is affirmed with costs.

*D. Wallace* and *J. Coburn,* for the appellants.

*S. Yandes* and *C. C. Hines,* for the appellees.